No. 3210. EL PUEBLO, A REQUERIMIENTO DE ADRIÁN CHEVERES, APELADO, *v.* GUARDIOLA, APELANTE.—C. de D. de San Juan, Distrito Primero. R. feb. 11, 1924. Apareciendo de la moción de desestimación y de la certificación que se acompaña, que después de vencido el último término concedido por la corte inferior al apelante para preparar la transcripción de la evidencia, ni el apelante ni el taquígrafo han solicitado u obtenido otra prórroga a dicho fin y habiendo transcurrido más de 30 días desde la fecha en que se radicó la apelación, se desestima.

No. 3257. FERNÁNDEZ, APELANTE, *v.* THE EMPLOYER'S LIABILITY ASSURANCE COR. LTD., APELADA.—C. de D. de San Juan, Distrito Primero. R. feb. 14, 1924. Desestimado el recurso a instancia del apelado por no haberse archivado en tiempo la transcripción de los autos.

No. 2124. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE. —C. de D. de Arecibo. R. feb. 15, 1924. Vistos los alegatos de las partes y apareciendo que no se ha establecido siquiera por circunstancias y deducciones lógicas, ni puede inferirse de los hechos probados, el sitio donde se cometió el delito; por los fundamentos de la opinión en el caso de *El Pueblo* v. *Amorós,* 31 D. P. R. 506, se revoca la sentencia apelada.

No. 2176. EL PUEBLO, APELADO, *v.* MALDONADO, APELANTE. —C. de D. de Arecibo. R. feb. 15, 1924. Vistos el llamado "alegato" del apelante y el informe del fiscal; siendo la prueba suficiente y no habiéndose demostrado la existencia de grave error, pasión, prejuicio o parcialidad en la apreciación de la misma por la corte inferior, se confirma la sentencia apelada.